# NOTICE OF RESIGNATION OF TRUSTEE

I, **DAVID LAWRENCE ADDERLEY**, Grantor, also currently serving as Trustee of the DAVID LAWRENCE ADDERLEY CHARITABLE REMAINDER UNITRUST dated August 22, 2011, hereby give notice of my **RESIGNATION AS TRUSTEE** of that trust effective the date of this notice.

Pursuant to ARTICLE E, Paragraph 16 found on Page 6 of said trust agreement, as the Grantor of said trust, I appoint THREE ANGELS BROADCASTING NETWORK, INC. as the Trustee, to serve in that capacity from this day forward.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal this 24TH day of JANUARY, 2012.

_____(Seal)
DAVID LAWRENCE ADDERLEY,
Grantor/Current Trustee

Signed, sealed, published, and declared by DAVID LAWRENCE ADDERLEY as and for his Notice of Resignation as Trustee in our presence and we, at his request and in his presence, and in the presence of each other, have subscribed our names as witnesses the day and year first above written.

| Witness (Signature) | Street |
|---|---|
| [signature] | 25 S.E. 2ND Ave, Mia- |
| **Witness (Print Name)** | **City / State / Zip** |
| MAXINE FERGUSON | Miami   FL   33131 |
| [signature] | 25 S.E. 2ND Ave |
| Dulcie Green | Miami   FL   33131 |

Resignation of Trustee    page 1 of 2    11-082ResTT.doc

**EXHIBIT "B"**

COPY

## AFFIDAVIT

STATE OF  FLORIDA
COUNTY OF  DADE

    Before me, a notary public in the above state and county, on this day personally appeared the persons whose names are subscribed below, known to me to be the Grantor and witnesses, respectively, whose names are subscribed to the annexed or foregoing instrument in their respective capacities, and, all of said persons being by me duly sworn, the Grantor declared to me and to the said witnesses in my presence that said instrument is the Grantor's Notice of Resignation as Trustee and that the Grantor has willingly made and executed it as the Grantor's free act and deed for the purposes therein expressed. The witnesses, each upon oath, stated to me in the presence and hearing of the Grantor that the Grantor has declared to them that the instrument is the Grantor's Notice of Resignation as Trustee and that the Grantor executed same as such and wanted each of them to sign it as a witness, and upon oath each witness stated further that the witness did sign the same as witness in the presence of the Grantor and at the Grantor's request; that the Grantor was at that time 18 years of age or over and was of sound mind; and that each of said witnesses was then at least 18 years of age.

_____
Witness

_____
DAVID LAWRENCE ADDERLEY, Grantor/Trustee

_____
Witness

    Subscribed and sworn to before me by DAVID LAWRENCE ADDERLEY, Grantor, and by MAXINE FERGUSON and DULCIE GREEN, the witnesses,
(Print Name) (Print Name)
on JANUARY 24, 2012, all of whom personally appeared before me.

    The Grantor, DAVID LAWRENCE ADDERLEY, is (circle one) personally known to me, have a credible witness or (have produced) MILITARY I.D. as identification.

    MAXINE FERGUSON, the witness, is (circle one) personally known to me, has a credible witness or who has produced _____ as identification.

    DULCIE GREEN, the witness, is (circle one) personally known to me, has a credible witness or who has produced _____ as identification.

    DATED this 24TH day of JANUARY, 2012.

(SEAL)

Notary Public
Print Name  CHANELLE P. BROWN
                        Consul
My commission expires: _____

COPY

Resignation of Trustee      page 2 of 2      11-0