## ACCEPTANCE OF APPOINTMENT AS TRUSTEE

By my signature below, I, __James W. Gilley__, authorized representative of THREE ANGELS BROADCASTING NETWORK, INC., hereby accept the appointment as Trustee of the DAVID LAWRENCE ADDERLEY CHARITABLE REMAINDER UNITRUST dated August 22, 2011, as amended, agree to serve under the terms thereof, and accept the trust property contained therein

IN WITNESS WHEREOF, the Trustee has hereunto set his/her hand and seal this __26th__ day of __January__, 2012.

THREE ANGELS BROADCASTING NETWORK, INC.,

_____ (Seal)
By: __James W. Gilley__ (print name)
Authorized Representative

Signed, sealed, published, and declared by __James W. Gilley__, as authorized representative of THREE ANGELS BROADCASTING NETWORK, INC. as and for its Acceptance of appointment as Trustee in our presence and we, at his request and in his presence, and in the presence of each other, have subscribed our names as witnesses the day and year first above written.

__Mollie Stevenson__ (Witness Signature)    Street: __3391 Charley Good Rd.__
Witness (Print Name): __Mollie Stevenson__    City: __West Frankfort__, State: __IL__, Zip: __62896__

__Roy G. Hunt__ (Witness Signature)    Street: __3391 Charley Good Rd__
Witness (Print Name): __Roy G. Hunt Jr__    City: __West Frankfort__, State: __IL__, Zip: __62896__

COPY

**EXHIBIT "C"**

Acceptance of Trustee    page 1 of 2    11-082ResTT.doc

# AFFIDAVIT

STATE OF Illinois
COUNTY OF Williamson

    Before me, a notary public in the above state and county, on this day personally appeared the persons whose names are subscribed below, known to me to be the Trustee and witnesses, respectively, whose names are subscribed to the annexed or foregoing instrument in their respective capacities, and, all of said persons being by me duly sworn, the Trustee declared to me and to the said witnesses in my presence that said instrument is the Trustee's Acceptance of appointment as Trustee and that the Trustee has willingly made and executed it as the Trustee's free act and deed for the purposes therein expressed. The witnesses, each upon oath, stated to me in the presence and hearing of the Trustee that the Trustee has declared to them that the instrument is the Trustee's Acceptance of Appointment as Trustee and that the Trustee executed same as such and wanted each of them to sign it as a witness, and upon oath each witness stated further that the witness did sign the same as witness in the presence of the Trustee and at the Trustee's request; that the Trustee was at that time 18 years of age or over and was of sound mind; and that each of said witnesses was then at least 18 years of age.

THREE ANGELS BROADCASTING NETWORK, INC., Trustee

_Mollie Steenson_
Witness

by: _[signature]_ / James W. Gilley (print name)
     Authorized Representative

_Roy G Hunt Jr_
Witness

    Subscribed and sworn to before me by __James Gilley__, authorized representative of THREE ANGELS BROADCASTING NETWORK, INC., Trustee, and by __Mollie Steenson__ and __Roy Hunt__, the witnesses, on __January 26__, 2012, all of whom personally appeared before me.
    __James Gilley__, authorized representative of the Trustee, THREE ANGELS BROADCASTING NETWORK, INC., is (circle one) **personally known to me**, has a credible witness or has produced _____ as identification.
    __Mollie Steenson__, the witness, is (circle one) **personally known to me**, has a credible witness or who has produced _____ as identification.
    __Roy Hunt__, the witness, is (circle one) **personally known to me**, has a credible witness or who has produced _____ as identification.

DATED this 26 day of January, 2012.

_Lynda E. Welch_
Notary Public
Print Name Lynda E. Welch
My commission expires: 05/04/2014

OFFICIAL SEAL
LYNDA E. WELCH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/04/14

COPY