**Registrar General's Department
Deeds and Documents Section**

# RECORDING PAGE


000226191

| | |
|---|---|
| Received From: | **LEWIS & LONGLEY** |
| Volume/Page: | Volume **11697** Page **10-19** |
| Instrument Type: | **Conveyance** |
| General Description: | **Conveyance** |
| Recording Date/Time: | **12 September 2012   13.22.18** |
| Instrument Number: | **226191** |
| Control Number: | **20475161** |
| Receipt Number: | **735924** |
| Lodging Date/Time: | **12 September 2012   13.22.18** |
| Consideration: | **$50,000.00.** |
| From/Of Parties: (first entry) | **Adderley, David Lawrence** |
| To Parties: (first entry) | **Adderley, David Lawrence (Irrevoc Unitru** |
| Land Details: (first entry) | **Long Island   Long Island** |
| Entry Date/Time/User: | **28 September 2012   17.55.38   CBRENNEN** |

Received by Customer:_____ Date:_____

Document Scanned By:_____ Date:_____ Verified by:_____ Date:_____

Rec. Page Scanned By:_____ Date:_____ Verified by:_____ Date:_____



**EXHIBIT "D"**



## Registrar General's Department
## Deeds and Documents Section

# RECORDING PAGE

| | |
|---|---|
| Received From: | **LEWIS & LONGLEY** |
| Volume/Page: | Volume **11697** Page **10-19** |
| Instrument Type: | **Conveyance** |
| General Description: | **Conveyance** |
| Recording Date/Time: | **12 September 2012   13.22.18** |
| Instrument Number: | **226191** |
| Control Number: | **20475161** |
| Receipt Number: | **735924** |
| Lodging Date/Time | **12 September 2012   13.22.18** |
| Consideration: | **$50,000.00.** |
| From/Of Parties: (first entry) | **Adderley, David Lawrence** |
| To Parties: (first entry) | **Adderley, David Lawrence (Irrevoc Unitru** |
| Land Details: (first entry) | **Long Island   Long Island** |
| Entry Date/Time/User: | **28 September 2012   17.55.38   CBRENNEN** |

*Customer Copy*



**REGISTRAR GENERAL DEPARTMENT**
RODNEY E. BAIN BUILDING
PARLIAMENT & SHIRLEY STREETS
#50 SHIRLEY STREET
NASSAU, THE BAHAMAS
TELEPHONE: (242) 322-3376-8
322-8038, 325-1251, 322-7841
FAX: (242) 322-5553

# INSTRUMENT DATA FORM

This document should be completed and attached to each deed or document lodged for recording at the Office of the Registrar General. The purpose of this form is to provide the information required to create the index for the deed or document in the Registrar General's database. Therefore, it is extremely important that you accurately complete and confirm the information provided before submitting this form with your deed or document for recording. The Registrar General accepts no responsibility for the accuracy of the information provided on this form.

Date Document Submitted for Lodging        11th September, 2012

Person company or firm submitting document:

| | |
|---|---|
| Name: | Lewis & Longley |
| Contact Person: | J. Denise Lewis-Johnson |
| Address: | East Bay Shopping Centre, East Bay Street |
| | P.O. Box CB-11901, Nassau, Bahamas |
| Telephone: | (242) 394-5560-2 |
| Email Address: | lewisjohnson@bahamas.net.bs |
| Document/Instrument Type (i.e. conveyance, mortgage, declaration): | **Conveyance** |
| Number of pages of deed or document including affidavits, plans, backing sheet)* | Eleven (11) |
| Consideration: | 50,000 |
| From: | **David Lawrence Adderley** |
| To: | **Irrevocable Unitrust of David Lawrence Adderley** |
| Island: | Long Island |
| District: | Peter Deans |
| Subdivision: | |
| Block: | |
| Lot**: | |
| Unit: | ---------- |
| Name of Condominium: | ------------ |
| Condominium Unit Number | --------- |

☐ Check the Box if Plan Attached

\* This form should not be counted in determining the number of pages in a deed or document. It is being provided for informational purposes only.
\*\* Where there is no lot number or the space provided above is insufficient to describe the lot, please attach to this form a full description of the lot.

#226191

| | |
|---|---|
| **COMMONWEALTH OF THE BAHAMAS**<br>New Providence    VOL. **11697** PAGE **010**<br>DATED the 30th day of December, A.D., 2011 | *For Use by Registrar General's Department only.*<br>**Lodged For Record by:**<br>Lewis & Longley |

**DAVID LAWRENCE ADDERLEY**

**TO**

**IRREVOCABLE UNITRUST OF DAVID LAWRENCE ADDERLEY**

---

**CONVEYANCE**

---

**ALL THAT** piece parcel of land situate in the area Known as Peter Deans in the Island of Long Island Comprising 25 acres more or less.

Consideration: B$50,000.00
Stamp Duty:   B$ 3,000.00

**LEWIS & LONGLEY**
Chambers
East Bay Shopping Centre
East Bay Street
Nassau, Bahamas

This 12 Day of Sept A.D. 20 12

_____
(*for*) Registrar General

Receipt Number: 735924

11697

**COMMONWEALTH OF THE BAHAMAS**
**REGISTRAR GENERAL'S DEPARTMENT**

I certify the within to be duly proved and recorded in book pages 10 to 19 in accordance with the provisions of the Registration of Records Act, Chapter 187 this 12th day of September 20 12

REGISTRAR GENERAL



**PER/12/489T**

# FORM 4
## THE INTERNATIONAL PERSONS LANDHOLDING ACT, 1993
(S. I. No. 61 of 2007)
### PERMIT
### ISSUED BY THE INVESTMENTS BOARD

TO:   **THREE ANGELS BROADCASTING NETWORK INC. (3ABN)**

Permission is hereby granted you to acquire/hold the following property to wit: -

**ALL THAT PIECE PARCEL OF LAND SITUATE IN THE AREA KNOWN AS PETER DEANS, CLARENCE TOWN, LONG ISLAND, THE BAHAMAS (SEE DESCRIPTION ATTACHED)**

for use as/for: **FUTURE DEVELOPMENT** ...............................................................................

*[signature]*

DAVID R. DAVIS

Secretary
Investments Board

31st August, 2012

DATE

VOL. **11697** PAGE **012**

**ALL THAT** piece or parcel of land situate in the area known as Peter Deans in the Island of Long Island one of the Bahama Islands comprising Twenty-five (25) acres more or less being One-half (1/2) of a parcel of land purchased by the Donor's father Lawrence Wellington Adderley from Minna Esteline Minns and John Ramsay which said piece or parcel of land is bounded on the North by the Sea on the East by land the property of the Donor on the South by land the property of the Donor and on the West by land known as Turtle Cove.

_____
DAVID R. DAVIS
SECRETARY
INVESTMENTS BOARD

31ˢᵗ August, 2012
_____
DATE

VOL.    **11697** PAGE **013**

3

**COMMONWEALTH OF THE BAHAMAS**

**New Providence**

I, DULCIE GREEN of the City of Miami in the State of Florida one of the States of the United States of America make oath and say that I was present and saw **DAVID LAWRENCE ADDERLEY** of the City of Miami in the State of Florida one of the States of the United States of America aforesaid sign seal and as and for his Act and Deed execute and deliver the annexed Indenture of Conveyance dated the 30th day of December, A.D., 2011 for the purposes therein mentioned and that I subscribed my name as the witness to the due execution thereof.

**SWORN TO** this 24th day )
of January A.D. 2012. )
                         )
                            Before me,

*CHANELLE P. BRO...*
*Consul*
— **NOTARY PUBLIC**

**COMMONWEALTH OF THE BAHAMAS**
**New Providence**



THIS INDENTURE OF CONVEYANCE is made the 30th day of December in the year of Our Lord Two Thousand and Eleven **BETWEEN DAVID LAWRENCE ADDERLEY** of the City of Miami in the State of Florida one of the States of the United States of America (hereinafter called "the Vendor") of the one part **AND the IRREVOCABLE UNITRUST OF DAVID LAWRENCE ADDERLEY** of the said City of Miami aforesaid (hereinafter called "the Purchaser") of the other part.

**W H E R E A S**: -

(A)   By an Indenture of Conveyance dated the 15th day of March, A.D., 1966 and made between Wellington Leon Adderley of the one part and the Vendor of the other part and now of record in the Registry of Records in the City of Nassau in the Island of New Providence one of the Islands of The Commonwealth of The Bahamas in Volume 986 at pages 386 to 390 (hereinafter called the said Indenture) the Vendor became seised for an estate in fee simple in possession subject as hereinafter mentioned but otherwise free from encumbrances of the hereditaments hereinafter described in the Schedule hereto (hereinafter referred to as "the said hereditaments")

(B)   The Vendor has agreed with the Purchaser for the sale to the Purchaser of the said hereditaments for a like estate in possession subject as hereinbefore mentioned but otherwise free from encumbrances for the sum of Fifty Thousand Dollars (B$50,000.00) in the currency of the said Commonwealth (hereinafter referred to as "the said currency").



**NOW THIS INDENTURE WITNESSETH** as follows: -

1.   In pursuance of the said agreement and consideration of the said sum of Fifty Thousand Dollars (B$50,000.00) in the said currency now paid to the Vendor by the Purchaser (the receipt whereof the Vendor hereby acknowledges) the Vendor **AS BENEFICIAL OWNER**

VOL. **11697** PAGE **015**

2

hereby grants and conveys unto the Purchaser **ALL** the said hereditaments **TOGETHER WITH** the appurtenances thereunto belonging **AND TOGETHER WITH** a Thirty (30) foot right of way in a straight line from the main public road to the Eastern boundary of that half of the Fifty (50) acre parcel formerly owned by the said Wellington Leon Adderley and thence within the Southern boundary of the said half of the Fifty (50) acre parcel formerly owned by the said Wellington Leon Adderley to the Eastern boundary of the said hereditaments **TO HOLD** the same unto and to the use of the Purchaser in fee simple absolute.

### THE SCHEDULE HEREINBEFORE REFERRED TO

**ALL THAT** All that piece or parcel of land situate in the area known as Peter Deans in the Island of Long Island one of the **Bahama Islands** comprising **Twenty-five (25) acres** more or less being one-half (1/2) of a parcel of land purchased by Lawrence Wellington Adderley from Minna Esteline Minns and John Ramsay which said piece or parcel of land is bounded on the North by the sea on the East by land formerly the property of the said Wellington Leon Adderley on the South by land the property of the said Wellington Leon Adderley and on the West by land known as Turtle Cove.

**IN WITNESS WHEREOF** the Vendor has hereunto set his hand and seal the day and year first hereinbefore mentioned.

_____

**SIGNED SEALED** and **DELIVERED** by the said **DAVID LAWRENCE ADDERLEY** in the presence of:

_____

VOL. 11697 PAGE 016

**COMMONWEALTH OF THE BAHAMAS**

**New Providence**



Gov't Stamp Duty Paid
Amount $10.00
Receipt 34818
Date 8/5/12
Treasurer

I, **DAVID LAWRENCE ADDERLEY** of the City of Miami in the State of Florida one of the States of the United States of America, make oath and say as follows:-

1. That I am a Bahamian Citizen by birth having been born to Bahamian married parents on the 21st day of November, 1937. Attached hereto is a true copy of pages 1, 2 and 3 of my Bahamian Passport No. ER0111733.

2. That I am still a Bahamian Citizen having never renounced nor been deprived of my Bahamian Citizenship.

3. That I do not hold and have never held the hereditaments and premises described in the annexed Indenture of Conveyance or any estate or interest therein either as trustees or nominees for a foreign person or persons defined in The International Persons Landholdings Act, 1993 of the said Commonwealth or for the benefit of such a foreign persons as provided by the said Act.

4. That the contents hereof are correct and true.

SWORN TO at ~~Nassau~~, Miami )
~~Bahamas~~ Florida this 3rd day )
of May, A.D., 2012 )

NOTARY PUBLIC
**JOY A. NEWBOLD**
Vice-Consul

VOL. 11697 PAGE 017





The Commonwealth of The Bahamas

Passport / Passeport
Type / Type: PR
Country Code / Code de pays: BHS
Passport No. / Passeport N°: ER0111733

Surname / Nom: ADDERLEY
Given names / Prénoms: DAVID LAWRENCE
Nationality / Nationalité: BAHAMIAN
Date of Birth / Date de naissance: 21 NOV / NOV 1937
Sex / Sexe: M
Place of Birth / Lieu de naissance: FLORIDA
Date of Issue / Date de délivrance: 01 MAY / MAI 2012
Issuing Office / Bureau d'émission: NEW PROVIDENCE
Date of Expiry / Date d'expiration: 30 APR / AVR 2022

PRBHSADDERLEY<<DAVID<LAWRENCE<<<<<<<<<<<<<<
ER0111733 1BHS3711217M2204307<<<<<<<<<<<<<<2

