

**Registrar General's Department
Deeds and Documents Section**

# RECORDING PAGE

000226197

| | |
|---|---|
| Received From: | **LEWIS & LONGLEY** |
| Volume/Page: | Volume **11697** Page **20-29** |
| Instrument Type: | **Conveyance** |
| General Description: | **Conveyance** |
| Recording Date/Time: | **12 September 2012  13.22.18** |
| Instrument Number: | **226197** |
| Control Number: | **20475170** |
| Receipt Number: | **735924** |
| Lodging Date/Time: | **12 September 2012   13.22.18** |
| Consideration: | **$50,000.00.** |
| From/Of Parties: (first entry) | **Adderley, David Lawrence** |
| To Parties: (first entry) | **Adderley, David Lawrence (Irrevoc Unitru** |
| Land Details: (first entry) | **Long Island   Clarence Town** |

Entry Date/Time/User:   **01 October 2012   10.30.28   CBRENNEN**

Received by Customer:_____ Date:_____
Document Scanned By:_____ Date:_____ Verified by:_____ Date:_____
Rec. Page Scanned By:_____ Date:_____ Verified by:_____ Date:_____



**EXHIBIT "E"**



### Registrar General's Department
### Deeds and Documents Section

# RECORDING PAGE

| | |
|---|---|
| Received From: | **LEWIS & LONGLEY** |
| Volume/Page: | Volume **11697** Page **20-29** |
| Instrument Type: | **Conveyance** |
| General Description: | **Conveyance** |
| Recording Date/Time: | **12 September 2012   13.22.18** |
| Instrument Number: | **226197** |
| Control Number: | **20475170** |
| Receipt Number: | **735924** |
| Lodging Date/Time: | **12 September 2012   13.22.18** |
| Consideration: | **$50,000.00.** |
| From/Of Parties: (first entry) | **Adderley, David Lawrence** |
| To Parties: (first entry) | **Adderley, David Lawrence (Irrevoc Unitru** |
| Land Details: (first entry) | **Long Island   Clarence Town** |

Entry Date/Time/User: **01 October 2012   10.30.28   CBRENNEN**

## Customer Copy



**REGISTRAR GENERAL DEPARTMENT**
**RODNEY E. BAIN BUILDING**
**PARLIAMENT & SHIRLEY STREETS**
**#50 SHIRLEY STREET**
**NASSAU, THE BAHAMAS**
**TELEPHONE: (242) 322-3376-8**
**322-8038, 325-1251, 322-7841**
**FAX: (242) 322-5553**

# INSTRUMENT DATA FORM

This document should be completed and attached to each deed or document lodged for recording at the Office of the Registrar General. The purpose of this form is to provide the information required to create the index for the deed or document in the Registrar General's database. Therefore, it is extremely important that you accurately complete and confirm the information provided before submitting this form with your deed or document for recording. The Registrar General accepts no responsibility for the accuracy of the information provided on this form.

Date Document Submitted for Lodging     11th September, 2012

Person company or firm submitting document:

| | |
|---|---|
| Name: | Lewis & Longley |
| Contact Person: | J. Denise Lewis-Johnson |
| Address: | East Bay Shopping Centre, East Bay Street |
| | P.O. Box CB-11901, Nassau, Bahamas |
| Telephone: | (242) 394-5560-2 |
| Email Address: | lewisjohnson@bahamas.net.bs |

| | |
|---|---|
| Document/Instrument Type (i.e. conveyance, mortgage, declaration): | **Conveyance** |
| Number of pages of deed or document including affidavits, plans, backing sheet)* | Eleven (11) |
| Consideration: | 50,000 |
| From: | **David Lawrence Adderley** |
| To: | **Irrevocable Unitrust of David Lawrence Adderley** |
| Island: | Long Island |
| District: | Deans Settlement |
| Subdivision: | |
| Block: | |
| Lot**: | |
| | |
| Unit: | ---------- |
| Name of Condominium: | ---------- |
| Condominium Unit Number | ---------- |

☐ Check the Box if Plan Attached

\* This form should not be counted in determining the number of pages in a deed or document. It is being provided for informational purposes only.
\*\* Where there is no lot number or the space provided above is insufficient to describe the lot, please attach to this form a full description of the lot.

#226197

**COMMONWEALTH OF THE BAHAMAS**
New Providence

VOL. **11697** PAGE **020**

DATED the 30th day of December, A.D., 2011

*For Use by Registrar General's Department only.*

**Lodged For Record by:**

Lewis & Longley

---

## DAVID LAWRENCE ADDERLEY

### TO

### IRREVOCABLE UNITRUST OF DAVID LAWRENCE ADDERLEY

### CONVEYANCE

**ALL THAT** piece parcel or tract of land situate at the Settlement of Deans approximately 4 miles West of the Settlement of Clarence Town in the Island of Long Island, Bahamas.

Consideration: B$50,000.00
Stamp Duty:     B$ 3,000.00

1169r1

**LEWIS & LONGLEY**
Chambers
East Bay Shopping Centre
East Bay Street
Nassau, Bahamas

This 12 Day of Sept A.D. 20 12

*(for)* Registrar General

Receipt Number: 73 5924

**COMMONWEALTH OF THE BAHAMAS**
**REGISTRAR GENERAL'S DEPARTMENT**

I certify the within to be duly proved and recorded in book pages 20 to 29 in accordance with the provisions of the Registration of Records Act, Chapter 187 this 12th day of September 2012

REGISTRAR GENERAL

VOL. **11697** PAGE **021**



**PER/12/490T**

# FORM 4
## THE INTERNATIONAL PERSONS LANDHOLDING ACT, 1993

(S. I. No. 61 of 2007)

### PERMIT
### ISSUED BY THE INVESTMENTS BOARD

TO:   **THREE ANGELS BROADCASTING NETWORK INC. (3ABN)**

Permission is hereby granted you to acquire/hold the following property to wit: -

**ALL THAT PIECE PARCEL OR TRACT OF LAND SITUATE AT THE SETTLEMENT OF DEANS APPROXIMATELY FOUR MILES WEST OF CLARENCE TOWN, LONG ISLAND, THE BAHAMAS (SEE DESCRIPTION ATTACHED)**

for use as/for:   **FUTURE DEVELOPMENT**

/s/ David R. Davis
**DAVID R. DAVIS**
Secretary
Investments Board

31st August, 2012

DATE

VOL. **11697** PAGE **022**

**ALL THAT** piece parcel or tract of land situate at the Settlement of Deans approximately Four (4) miles West of the said Settlement of Clarence Town in the Island of Long Island and bounded as follows on the North by the Sea and running thereon at high water mark One Thousand and Ten and One hundredths (1010.01) feet more or less on the East by land the property of the Donor but now about to be conveyed by the Donor to himself and the Donee jointly and running thereon One Thousand and Ninety-six and Eighty-three hundredths (1096.83) feet on the South by land the property of the Donor but now about to be conveyed by the Donor to himself and the Donee jointly and running thereon One thousand Two hundred and Twenty-five and Seventy-nine hundredths (1225.79) feet and on the West by land now or formerly the property of one H. L. Major and running thereon One thousand and Fifteen and Forty-one hundredths (1015.41) feet.

_[signature]_
DAVID R. DAVIS
SECRETARY
INVESTMENTS BOARD

31st August, 2012
DATE

VOL. 11697 PAGE 023

3

**COMMONWEALTH OF THE BAHAMAS**

**New Providence**

I, DULCIE GREEN of the City of Miami in the State of Florida one of the States of the United States of America make oath and say that I was present and saw **DAVID LAWRENCE ADDERLEY** of the City of Miami in the State of Florida one of the States of the United States of America aforesaid sign seal and as and for his Act and Deed execute and deliver the annexed Indenture of Conveyance dated the          day of          , A.D., 2011 for the purposes therein mentioned and that I subscribed my name as the witness to the due execution thereof.

**SWORN TO** this 24TH day )
of JANUARY A.D. 2012 )
                            )_____
                            Before me,

*CHANELLE P. BROWN*
Consul
~~NOTARY PUBLIC~~



VOL. 11697 PAGE 024

| Gov't Stamp Duly Paid |
|---|
| Amount $3,000 |
| Receipt 133348 |
| Date 16/3/12 |
| Treasurer |

**COMMONWEALTH OF THE BAHAMAS**
**New Providence**

**THIS INDENTURE OF CONVEYANCE** is made the    day of    in the year of Our Lord Two Thousand and Eleven **BETWEEN DAVID LAWRENCE ADDERLEY** of the City of Miami in the State of Florida one of the States of the United States of America (hereinafter called "the Vendor) of the one part **AND the IRREVOCABLE UNITRUST OF DAVID LAWRENCE ADDERLEY** of the said City of Miami aforesaid   (hereinafter called "the Purchaser") of the other part.

**W H E R E A S**: -

(A)   By an Indenture of Conveyance dated the 21st day of May, A.D., 1971 and made between Wellington Leon Adderley  of the one part and the Vendor of the other part and now of record in the Registry of Records in the City of Nassau in the   Island of New Providence one of the Islands of The Commonwealth of The Bahamas in Volume 2330 at pages 452 to 456 (hereinafter called the said Indenture) the Vendor  became seised  for an estate in fee simple in possession subject as hereinafter mentioned but otherwise free from encumbrances of the hereditaments hereinafter described in the Schedule hereto (hereinafter referred to as "the said hereditaments")

(B)   The Vendor  has  agreed with the Purchaser  for the sale to the Purchaser of the said hereditaments for a like estate in possession subject as hereinbefore mentioned but otherwise free from encumbrances  for the sum of Fifty  Thousand Dollars (B$50,000.00) in the currency of the said Commonwealth (hereinafter referred to as "the said currency").

**NOW THIS INDENTURE WITNESSETH** as follows: -

1.   In pursuance of the said agreement and consideration of the said sum of Fifty Thousand Dollars (B$50,000.00) in the said currency now paid to the Vendor by the Purchaser (the receipt whereof the Vendor hereby acknowledges) the Vendor **AS BENEFICIAL OWNER** hereby grants and conveys unto the Purchaser **ALL**  the said

*[Signature] Attorney-at-Law, Nassau, N.P., The Bahamas*

VOL.    11697 PAGE   025

2

hereditaments    **TOGETHER   WITH**   the   appurtenances thereunto belonging **TO HOLD** the same unto and to the use of the Purchaser in fee simple absolute.

### THE SCHEDULE HEREINBEFORE REFERRED TO

**ALL THAT** piece parcel or tract of land situate at the Settlement of Deans approximately Four (4) miles West of the said Settlement of Clarence Town on the Island of Long Island and bounded as follows on the **North** by the Sea running thereon at high water mark One thousand and Ten and One hundredths (1010.01) feet more or less on the **East** by land formerly the property of Wellington Leon Adderley but conveyed by the said Wellington Leon Adderley to himself and the Vendor jointly and running thereon One thousand and Ninety-six and Eighty-three hundredths (1096.83) feet on the **South** by land formerly the property of the said Wellington Leon Adderley and conveyed by the the said Wellington Leon Adderley to himself and the Vendor jointly and running thereon One thousand Two hundred and Twenty-five and Seventy-nine hundredths (1225.79) feet and on the **West** by land now or formerly the property of one H. L. Major and running thereon One thousand and Fifteen and Forty-one hundredths (1015.41) feet which said piece parcel or tract of land has such position boundaries shape marks and dimensions as are shown on the diagram or plan attached to the said Indenture and is thereon delineated on that part of the said diagram or plan which is coloured Pink.

**IN WITNESS WHEREOF** the Vendor has hereunto set his hand and seal the day and year first hereinbefore mentioned.

SIGNED SEALED and DELIVERED by the said **DAVID LAWRENCE ADDERLEY** in the presence of:

**COMMONWEALTH OF THE BAHAMAS**

**New Providence**



I, **DAVID LAWRENCE ADDERLEY** of the City of Miami in the State of Florida one of the States of the United States of America, make oath and say as follows:-

1. That I am a Bahamian Citizen by birth having been born to Bahamian married parents on the 21st day of November, 1937. Attached hereto is a true copy of pages 1, 2 and 3 of my Bahamian Passport No. ER0111733.

2. That I am still a Bahamian Citizen having never renounced nor been deprived of my Bahamian Citizenship.

3. That I do not hold and have never held the hereditaments and premises described in the annexed Indenture of Conveyance or any estate or interest therein either as trustees or nominees for a foreign person or persons defined in The International Persons Landholdings Act, 1993 of the said Commonwealth or for the benefit of such a foreign persons as provided by the said Act.

4. That the contents hereof are correct and true.

**SWORN TO** at ~~Nassau~~, Miami ) 
~~Bahamas~~ Florida this *1th* day ) 
of May, A.D., 2012 )

NOTARY PUBLIC 
*ROY A. NEWBOLD* 
Vice-Consul



VOL. 11697 PAGE 027



PRBHSADDERLEY<<DAVID<LAWRENCE<<<<<<<<<<<<<<
ERO1117331BHS3711217M2204307<<<<<<<<<<<<<<2

