

**ATTORNEYS & COUNSELORS AT LAW**
TELEPHONE (954) 767-6333 • FAX (954) 767-8111
WWW.SAAVLAW.COM

---

ATTORNEYS:
DAMASO W. SAAVEDRA (AV RATED)
ALLYSON D. GOODWIN
JENNIE L. COLABELLI
ROSS D. KULBERG (AV RATED)
GLEN M. LINDSAY (AV RATED)
CASEY B. MCCORMACK
ANDREW D. WYMAN (AV RATED)

OF COUNSEL:
MARA ALYSON
RANDOLPH M. BROMBACHER (AV RATED)
MARIO THOMAS GABOURY
L. FORREST OWENS
 (BOARD CERTIFIED IN AVIATION LAW)

ATTORNEYS LICENSED IN:
FLORIDA
ILLINOIS
NEW YORK
NEW JERSEY
CONNECTICUT
WASHINGTON, D.C.

SENDER'S E-MAIL ADDRESS:
rkulberg@saavlaw.com

March 26, 2018

**VIA E-MAIL AND U.S. MAIL**
Mr. Danny Shelton
Three Angels Broadcasting Network
P.O. Box 220
West Frankfort, IL 62896
danshelton@earthlink.net
dan.shelton@3abn.org

Re:    David Lawrence Adderley

Dear Mr. Shelton:

Thank you for speaking with me late last week over the phone. As discussed, we are representing the interests of Mr. David Lawrence Adderley and we ask that all future and further communications take place through this office. As we also discussed on our call, Mr. Adderley believes that he is the owner of all of his property located on Long Island in the Bahamas, including specifically, the 420+ acres known as the Adderley Estate. Accordingly, neither you nor Three Angels Broadcasting Network have any reason or permission to be on Mr. Adderley's property, and we immediately demand that you and 3ABN immediately cease and desist from entering this property and from performing any work thereon.

As you must be aware, Mr. Adderley is blind. While Mr. Adderely may be blind, he is completely cognizant and understands fully what he is saying and has a clear memory as to what transpired with the Church and 3ABN. Mr. Adderley trusted his Church and 3ABN, which he thought at that time was the charitable division of his Church, to carry out his intentions with a portion of his property no larger than one or two acres for use as a Church Sanctuary. Unfortunately, it is clear that 3ABN, which we now understand to be a wholly separate entity from the Church, had Mr. Adderley sign documents which purport to transfer his property to a "Charitable Trust." Mr. Adderley is adamant that no discussion ever took place regarding any trust and he never has had an intention to donate his entire property to 3ABN or to a trust in his name.

---

312 SOUTHEAST 17TH STREET, SECOND FLOOR, FORT LAUDERDALE, FLORIDA 33316      **EXHIBIT "G"**

Attached to this letter, you will find an Affidavit that is being filed of record in the Bahamas to ensure that 3ABN immediately ceases all actions with respect to Mr. Adderley's property. The statement and sworn testimony of Mr. Adderley are alarming and raise allegations of fraud and undue influence against 3ABN and its representatives. This serious matter requires an immediate resolution, including the execution of all necessary documents to terminate any so-called trust and ensure Mr. Adderley is the rightful owner of his property. Unfortunately, if this matter is not immediately resolved, the next step will be to file a lawsuit against 3ABN, which will undoubtedly include claims of fraud.

As I briefly noted over the phone, I will be out of the office through Thursday, March 29, 2018, but will be returning on Friday, March 30, 2018. I hope at that time we can discuss a fair resolution of these matters without the necessity of raising the profile of this case. I look forward to speaking with you or your counsel upon my return.

Sincerely,

**SAAVEDRA | GOODWIN**

Ross D. Kulberg, Esq.
For the Firm

RDK/dka

Enc.