

**MEAGHER & GEER**
ATTORNEYS AT LAW                    P L L P

33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
PHONE: 612/338-0661
FAX: 612/338-8384
MEAGHER.COM

Timothy W. Ridley
Direct Dial: 612/347-9128
Direct Fax: 612/877-3024
Email: tridley@meagher.com

M. Gregory Simpson
Direct Dial: 612/337-9672
Direct Fax: 612/877-3138
Email: gsimpson@meagher.com

May 4, 2018

Mr. Ross D. Kulberg
Saavedra Goodwin
312 SE 17th Street – 2nd Floor
Fort Lauderdale, FL 33316

 Re: David Lawrence Adderley/Three Angels Broadcasting Network, Inc./Adderley CRUT
   Our File No.:  57242-13

Dear Mr. Kulberg:

Our firm has been retained by Three Angels Broadcasting Network, Inc. ("3ABN") to represent its interests with regard to the Adderley Charitable Remainder UniTrust.  We have not been retained to represent Barry Benton, Esq.

We have reviewed your April 27, 2018 correspondence to attorney Jeffrey A. Blaker, Esq.  We have also reviewed your previous correspondence of March 26, 2018 to Mr. Danny Shelton of 3ABN.

In addition to reviewing those two pieces of correspondence we have reviewed the Trust Agreement, the Deeds transferring the property to the Trust, and a series of other documents.

We are in disagreement with you in your contentions that the CRUT is invalid.  We believe that Mr. Adderly had a number of meetings with 3ABN regarding a proposed gift to the entity.  Those discussions culminated in the drafting and signing of a CRUT on August 22, 2011.  The transfer of the real estate to the Trust occurred shortly thereafter.  We believe that the establishment of the Trust was valid and that the transfer of real estate was also validly accomplished.  We disagree with your contentions that there was any fraud or coercion involved in either the establishment of the Trust or the transfer of the real property.  We further believe that the intention was to transfer the entirety of the property, not the one or two acres that you are now discussing.

**EXHIBIT "H"**

Mr. Ross D. Kulberg
May 4, 2018
Page 2

3ABN is willing to do whatever is necessary to uphold the transfers to the Trust.

If you have any further communications with regard to these matters, please direct them through us.

Sincerely,

Timothy W. Ridley
M. Gregory Simpson

TWR/leg/12163130.1
cc:    Danny Shelton (via e-mail)
       Jill Morikone (via email)