# Charitable Unitrust

## Prepared For

## DAVID LAWRENCE ADDERLY

### A SERVICE PROVIDED BY

Barry Benton
Attorney
The Benton Law Firm
396 Switch Road
Calhoun, GA  30701
Phone 706-629-0641  Fax 706-602-8231
b2@b2lawonline.com

This illustration is offered as a service.
Please feel free to call for further assistance.

Software by Crescendo Interactive, Inc.    Version 2011.2   Copyright © 2011 (40)

EXHIBIT "I"

COPY

# CHARITABLE UNITRUST

## DAVID LAWRENCE ADDERLY - Age 74

**5% Unitrust**

**Property**
Value   $30,000,000
Cost    20,000,000
Gain    $10,000,000

**Principal**
$30,000,000

One Life

**Income**
$1,500,000

**Charity**
$39,663,532

**Remainder to Charity**

**Tax Free Sale**
**Income Tax Deduction**

July 27, 2011

Page 2 of 17

This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.  See data sheets for assumptions.



# CHARITABLE UNITRUST

## DAVID LAWRENCE ADDERLY - Age 74

**5% Unitrust**

**Property**
Value  $30,000,000
Cost   20,000,000
Gain   $10,000,000

**Principal** $30,000,000

**Charity** $39,663,532

One Life

1. Give asset, sell Tax-Free. Bypass up to $10,000,000 gain may save $1,500,000. Income tax deduction of $17,604,900 may save $6,161,715.

2. UT annual income $1,500,000. Increased income $1,500,000 over prior $00 income. Estimated income in 14.1 years $24,158,829. Effective pretax rate 6.29%.

3. If trust earns 7%, pays 5%, then grows by 2%. After one life, trust passes without probate to charity.

July 27, 2011

This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation. See data sheets for assumptions.


COPY

# CHARITABLE UNITRUST

## DAVID LAWRENCE ADDERLY - Age 74

**5% Unitrust**

**Property**
Value $30,000,000
Cost  20,000,000
Gain  $10,000,000

**Principal**
$30,000,000

One   Life

**Charity**
$39,663,532

1. Give asset, sell Tax-Free. Bypass up to $10,000,000 gain may save $1,500,000. Income tax deduction of $17,604,900 may save $6,161,715.

2. UT annual income $1,500,000. Increased income $1,500,000 over prior $00 income. Estimated income in 14.1 years $24,158,829. Effective pretax rate 6.29%.

3. If trust earns 7%, pays 5%, then grows by 2%. After one life, trust passes without probate to charity.

July 27, 2011

This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation. See data sheets for assumptions.



# CHARITABLE UNITRUST

The Charitable Remainder Unitrust is a special trust that pays income to family members. After all of the income payments have been completed, the remainder is distributed to qualified charities. The person who establishes the trust may select the unitrust percentage, the person to receive the income from the trust, and the charities which will receive the principal of the trust after all income payments are completed. The major benefits of the trust are (i) Bypass of Capital Gains Tax, (ii) Increased Income and (iii) a Charitable Income Tax Deduction.

**Bypass Capital Gains**

Investments of property eventually mature. At certain times, it is wise to sell and reinvest. The unitrust is an ideal method for a tax-free reinvestment, since the qualified unitrust bypasses the capital gains tax. If the unitrust earns more than the payout percent, this gain is permanently bypassed. However, if trust earnings are less than the payout percent, most unitrusts will pay out the earnings and some corpus. In this case, part of the capital gain may be paid out. Fortunately, any capital gain payout is taxed at capital gain rates.

**Increased Income**

Mature investment properties frequently are earning two, three or four percent per year. The capital gains tax-free reinvestment through the unitrust might enable a person to sell through a trust without tax an asset earning a low rate of return and reinvest in an asset earning a higher rate of return. The increased earnings can then be passed on to the income recipients using the unitrust income produced by higher yield investments. Over the years, family members can reinvest the additional income and acquire even greater economic security.

**Income Tax Deduction**

After the completion of all income payments, the principal or corpus is distributed to charity. Even though charity might not receive anything for many years, the government permits the trust grantor (the person who establishes the irrevocable trust) to take an immediate income tax deduction. The deduction is a percentage of the value of the property transferred to the trust and is calculated using the age of the donor and the unitrust percentage selected. Many trust donors use their current tax savings for additional investments. They are able to enjoy the maximum return from their charitable trust payments and also benefit at the same time from substantial income tax savings.

Jul 27, 2011

Page 5 of 17

This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.



# CHARITABLE UNITRUST

### Unitrust Percentage

Each grantor may select the unitrust percentage. The unitrust percentage may amount to five percent or more of the value of the trust. Each year the trust accountant determines the fair market value of the trust. The unitrust then pays the selected percent of the fair market value to the family. For instance, if a trust is valued at $100,000 and the trust grantor selected a 6% unitrust percentage, the accountant would multiply the 6% times the $100,000 in value and distribute $6,000 that year. If earnings were 7% or 8% and the trust distributed 6%, the extra 1% or 2% would be added to principal. Since the income payments depend upon the value in trust, many persons select a lower percentage and then hope to benefit from the growth of the trust value during the later years of the trust.

### Duration of Income

In addition, the trust grantor may also select the time for which payments are to be made. This time may be one life, two or more lives, or a term of one to twenty years. The current illustration shows a trust which pays income for one life. After the income recipient has passed away, the trust corpus will then be distributed to charity.

### Charitable Remainder

Finally, the trust grantor may select the charities that will receive the trust remainder (the corpus of the trust after all income payments are completed). The entire corpus could be distributed to one charity, or the corpus may be divided among several charities. The selection of the charities is entirely under the control of the trust grantor.

### Trustee

Each unitrust must have a trustee. The trustee can be a commercial institution such as a bank or trust company, a charity, an individual or a combination of two of these three options. The trustee will carefully invest the property, conduct any sales and file the appropriate information and tax forms. Since the trust may last for many years, it is important to select a trustee in whom the donor has confidence.



# UNITRUST BENEFITS FOR FAMILY AND CHARITY

| Years | PRINCIPAL 7.000% Return* 2.000% Growth | UT INCOME PAYMENTS 5.00% Pmt | TOTAL OF UT INCOME PAYMENTS | INCOME AFTER TAX 35.00% Tax | INCOME TAX SAVINGS | TOTAL OF BENEFITS AFTER TAX |
|---|---|---|---|---|---|---|
| 0 | $30,000,000 | | | | $6,161,715 | $7,136,715 |
| 1 | 30,600,000 | $1,500,000 | $1,500,000 | $975,000 | 0 | 8,131,215 |
| 2 | 31,212,000 | 1,530,000 | 3,030,000 | 994,500 | 0 | 9,145,605 |
| 3 | 31,836,240 | 1,560,600 | 4,590,600 | 1,014,390 | 0 | 10,180,283 |
| 4 | 32,472,965 | 1,591,812 | 6,182,412 | 1,034,678 | 0 | 11,235,654 |
| 5 | 33,122,424 | 1,623,648 | 7,806,060 | 1,055,371 | 0 | 12,312,133 |
| 6 | 33,784,873 | 1,656,121 | 9,462,181 | 1,076,479 | | 13,410,141 |
| 7 | 34,460,570 | 1,689,244 | 11,151,425 | 1,098,008 | | 14,530,110 |
| 8 | 35,149,781 | 1,723,029 | 12,874,454 | 1,119,969 | | 15,672,478 |
| 9 | 35,852,777 | 1,757,489 | 14,631,943 | 1,142,368 | | 16,837,693 |
| 10 | 36,569,833 | 1,792,639 | 16,424,581 | 1,165,215 | | 18,026,213 |
| 11 | 37,301,229 | 1,828,492 | 18,253,073 | 1,188,520 | | 19,238,502 |
| 12 | 38,047,254 | 1,865,061 | 20,118,135 | 1,212,290 | | 20,475,038 |
| 13 | 38,808,199 | 1,902,363 | 22,020,497 | 1,236,536 | | 21,736,305 |
| 14 | **39,584,363** | **1,940,410** | **23,960,907** | **1,261,266** | | 23,022,796 |
| 15 | 40,376,050 | 1,979,218 | 25,940,125 | 1,286,492 | | 24,335,018 |
| 16 | 41,183,571 | 2,018,803 | 27,958,928 | 1,312,222 | | 25,673,484 |
| 17 | 42,007,243 | 2,059,179 | 30,018,106 | 1,338,466 | | 27,038,720 |
| 18 | 42,847,387 | 2,100,362 | 32,118,469 | 1,365,235 | | 28,431,260 |
| 19 | 43,704,335 | 2,142,369 | 34,260,838 | 1,392,540 | | 29,851,651 |
| 20 | 44,578,422 | 2,185,217 | 36,446,055 | 1,420,391 | | 31,300,449 |
| 21 | 45,469,990 | 2,228,921 | 38,674,976 | 1,448,799 | | 32,778,224 |
| 22 | 46,379,390 | 2,273,500 | 40,948,475 | 1,477,775 | | 34,285,554 |
| 23 | 47,306,978 | 2,318,970 | 43,267,445 | 1,507,330 | | 35,823,031 |
| 24 | 48,253,117 | 2,365,349 | 45,632,794 | 1,537,477 | | 37,391,257 |
| 25 | 49,218,180 | 2,412,656 | 48,045,450 | 1,568,226 | | 38,990,848 |
| 26 | 50,202,543 | 2,460,909 | 50,506,359 | 1,599,591 | | 40,622,431 |
| 27 | 51,206,594 | 2,510,127 | 53,016,486 | 1,631,583 | | 42,286,645 |
| 28 | 52,230,726 | 2,560,330 | 55,576,815 | 1,664,214 | | 43,984,144 |
| 29 | 53,275,341 | 2,611,536 | 58,188,352 | 1,697,499 | | 45,715,592 |
| 30 | 54,340,848 | 2,663,767 | 60,852,119 | 1,731,449 | | 47,481,670 |
| 31 | 55,427,664 | 2,717,042 | 63,569,161 | 1,766,078 | | 49,283,069 |
| 32 | 56,536,218 | 2,771,383 | 66,340,544 | 1,801,399 | | 51,120,496 |
| 33 | 57,666,942 | 2,826,811 | 69,167,355 | 1,837,427 | | 52,994,672 |
| 34 | 58,820,281 | 2,883,347 | 72,050,702 | 1,874,176 | | 54,906,331 |
| 35 | 59,996,687 | 2,941,014 | 74,991,716 | 1,911,659 | | 56,856,223 |
| 36 | 61,196,620 | 2,999,834 | 77,991,551 | 1,949,892 | | 58,845,113 |
| 37 | 62,420,553 | 3,059,831 | 81,051,382 | 1,988,890 | | 60,873,781 |
| 38 | 63,668,964 | 3,121,028 | 84,172,409 | 2,028,668 | | 62,943,022 |
| 39 | 64,942,343 | 3,183,448 | 87,355,858 | 2,069,241 | | |

| EXPECTANCY | 14.1 YEARS | CHARITABLE DEDUCTION | $17,604,900 |
|---|---|---|---|
| FAMILY 14.1 YRS | $21,864,954 | INCOME TAX SAVINGS | $6,161,715 |
| CHARITY 14.1 YRS | $39,663,532 | TOTAL INCOME 14.1 YRS | $24,158,829 |
| P. Value 3.4%/14.1 YRS | $24,754,365 | TYPE INCOME | ORDINARY |

* 7.133758% Return adjusted to 7% for Quarterly payments.



# UNITRUST BENEFITS FOR FAMILY AND CHARITY

| Years | PRINCIPAL 7.000% Return* 2.000% Growth | UT INCOME PAYMENTS 5.00% Pmt | TOTAL OF UT INCOME PAYMENTS | INCOME AFTER TAX 35.00% Tax | INCOME TAX SAVINGS | TOTAL OF BENEFITS AFTER TAX |
|---|---|---|---|---|---|---|
| 0 | $30,000,000 | | | | $6,161,715 | $7,136,715 |
| 1 | 30,600,000 | $1,500,000 | $1,500,000 | $975,000 | 0 | 8,131,215 |
| 2 | 31,212,000 | 1,530,000 | 3,030,000 | 994,500 | 0 | 9,145,605 |
| 3 | 31,836,240 | 1,560,600 | 4,590,600 | 1,014,390 | 0 | 10,180,283 |
| 4 | 32,472,965 | 1,591,812 | 6,182,412 | 1,034,678 | 0 | 11,235,654 |
| 5 | 33,122,424 | 1,623,648 | 7,806,060 | 1,055,371 | 0 | 12,312,133 |
| 6 | 33,784,873 | 1,656,121 | 9,462,181 | 1,076,479 | | 13,410,141 |
| 7 | 34,460,570 | 1,689,244 | 11,151,425 | 1,098,008 | | 14,530,110 |
| 8 | 35,149,781 | 1,723,029 | 12,874,454 | 1,119,969 | | 15,672,478 |
| 9 | 35,852,777 | 1,757,489 | 14,631,943 | 1,142,368 | | 16,837,693 |
| 10 | 36,569,833 | 1,792,639 | 16,424,581 | 1,165,215 | | 18,026,213 |
| 11 | 37,301,229 | 1,828,492 | 18,253,073 | 1,188,520 | | 19,238,502 |
| 12 | 38,047,254 | 1,865,061 | 20,118,135 | 1,212,290 | | 20,475,038 |
| 13 | 38,808,199 | 1,902,363 | 22,020,497 | 1,236,536 | | 21,736,305 |
| 14 | 39,584,363 | 1,940,410 | 23,960,907 | 1,261,266 | | 23,022,796 |
| 15 | 40,376,050 | 1,979,218 | 25,940,125 | 1,286,492 | | 24,335,018 |
| 16 | 41,183,571 | 2,018,803 | 27,958,928 | 1,312,222 | | 25,673,484 |
| 17 | 42,007,243 | 2,059,179 | 30,018,106 | 1,338,466 | | 27,038,720 |
| 18 | 42,847,387 | 2,100,362 | 32,118,469 | 1,365,235 | | 28,431,260 |
| 19 | 43,704,335 | 2,142,369 | 34,260,838 | 1,392,540 | | 29,851,651 |
| 20 | 44,578,422 | 2,185,217 | 36,446,055 | 1,420,391 | | 31,300,449 |
| 21 | 45,469,990 | 2,228,921 | 38,674,976 | 1,448,799 | | 32,778,224 |
| 22 | 46,379,390 | 2,273,500 | 40,948,475 | 1,477,775 | | 34,285,554 |
| 23 | 47,306,978 | 2,318,970 | 43,267,445 | 1,507,330 | | 35,823,031 |
| 24 | 48,253,117 | 2,365,349 | 45,632,794 | 1,537,477 | | 37,391,257 |
| 25 | 49,218,180 | 2,412,656 | 48,045,450 | 1,568,226 | | 38,990,848 |
| 26 | 50,202,543 | 2,460,909 | 50,506,359 | 1,599,591 | | 40,622,431 |
| 27 | 51,206,594 | 2,510,127 | 53,016,486 | 1,631,583 | | 42,286,645 |
| 28 | 52,230,726 | 2,560,330 | 55,576,815 | 1,664,214 | | 43,984,144 |
| 29 | 53,275,341 | 2,611,536 | 58,188,352 | 1,697,499 | | 45,715,592 |
| 30 | 54,340,848 | 2,663,767 | 60,852,119 | 1,731,449 | | 47,481,670 |
| 31 | 55,427,664 | 2,717,042 | 63,569,161 | 1,766,078 | | 49,283,069 |
| 32 | 56,536,218 | 2,771,383 | 66,340,544 | 1,801,399 | | 51,120,496 |
| 33 | 57,666,942 | 2,826,811 | 69,167,355 | 1,837,427 | | 52,994,672 |
| 34 | 58,820,281 | 2,883,347 | 72,050,702 | 1,874,176 | | 54,906,331 |
| 35 | 59,996,687 | 2,941,014 | 74,991,716 | 1,911,659 | | 56,856,223 |
| 36 | 61,196,620 | 2,999,834 | 77,991,551 | 1,949,892 | | 58,845,113 |
| 37 | 62,420,553 | 3,059,831 | 81,051,382 | 1,988,890 | | 60,873,781 |
| 38 | 63,668,964 | 3,121,028 | 84,172,409 | 2,028,668 | | 62,943,022 |
| 39 | 64,942,343 | 3,183,448 | 87,355,858 | 2,069,241 | | |

| | | | | | |
|---|---|---|---|---|---|
| EXPECTANCY | | 14.1 YEARS | | CHARITABLE DEDUCTION | $17,604,900 |
| FAMILY 14.1 YRS | | $21,864,954 | | INCOME TAX SAVINGS | $6,161,715 |
| CHARITY 14.1 YRS | | $39,663,532 | | TOTAL INCOME 14.1 YRS | $24,158,829 |
| P. Value 3.4%/14.1 YRS | | $24,754,365 | | TYPE INCOME | ORDINARY |

*7.133758% Return adjusted to 7% for Quarterly payments.

Jul 27, 2011
This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.



# CHARITABLE UNITRUST

## One Life

Election: IRC Sec. 7520(a) election made using June 2.8% rate

| | | | | |
|---|---|---|---|---|
| Donor | **DAVID LAWRENCE ADDERLEY** | Gift Amt. | **$30,000,000.00** | Gift Date **07/27/2011** |
| First Person | **DAVID LAWRENCE ADDERLEY** | Birth Date | **11/22/1937** | Age* **74** |

Payment Freq.   **Quarterly**     (Payments at End of Selected Period)

Age* - Year changes at six months from birth date

| | | |
|---|---|---|
| (A) Unitrust Percentage | 5.00% | (A) |
| (B) Factor for Adjusted Payout Rate<br>IRS Pub 1458, Table F<br>AFR of the Month   2.8% | 0.982918 | (B) |
| (C) Adjusted Payout Rate (A x B) | 4.915% | (C) |
| (D) Nearest table rate below (C) | 4.80% | (D) |
| (E) Factor at Line (D) rate<br>(IRS Pub. 1458, Table U(1)) | 0.59358 | (E) |
| (F) Nearest table rate above (C) | 5.00% | (F) |
| (G) Factor at Line (F) rate<br>(IRS Pub. 1458, Table U(1)) | 0.58184 | (G) |
| (H) Line (E) Minus Line (G) | 0.01174 | (H) |
| (I) Line (C) Minus Line (D) | 0.115% | (I) |
| (J) Line (I) Divided by 0.2% | 0.57500 | (J) |
| (K) Line (H) Times Line (J) | 0.00675 | (K) |
| (L) Line (E) Minus Line (K) | 0.58683 | (L) |
| (M) Line (L) Times Gift Amount<br>PRESENT VALUE OF REMAINDER INTEREST | $17,604,900.00 | (M) |
| (N) TAX BRACKET AND SAVINGS   35.00% | $6,161,715.00 | (N) |



Jul 27, 2011
This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.

# CHARITABLE UNITRUST

## One Life

Election: IRC Sec. 7520(a) election made using June 2.8% rate

Donor __DAVID LAWRENCE ADDERLY__ Gift Amt. __$30,000,000.00__ Gift Date __07/27/2011__

First Person __DAVID LAWRENCE ADDERLY__ Birth Date __11/22/1937__ Age* __74__

Payment Freq. __Quarterly__ (Payments at End of Selected Period)

Age* - Year changes at six months from birth date

| | | |
|---|---:|---|
| (A) Unitrust Percentage | 5.00% | (A) |
| (B) Factor for Adjusted Payout Rate<br>IRS Pub 1458, Table F<br>AFR of the Month       2.8% | 0.982918 | (B) |
| (C) Adjusted Payout Rate (A x B) | 4.915% | (C) |
| (D) Nearest table rate below (C) | 4.80% | (D) |
| (E) Factor at Line (D) rate<br>(IRS Pub. 1458, Table U(1)) | 0.59358 | (E) |
| (F) Nearest table rate above (C) | 5.00% | (F) |
| (G) Factor at Line (F) rate<br>(IRS Pub. 1458, Table U(1)) | 0.58184 | (G) |
| (H) Line (E) Minus Line (G) | 0.01174 | (H) |
| (I) Line (C) Minus Line (D) | 0.115% | (I) |
| (J) Line (I) Divided by 0.2% | 0.57500 | (J) |
| (K) Line (H) Times Line (J) | 0.00675 | (K) |
| (L) Line (E) Minus Line (K) | 0.58683 | (L) |
| (M) Line (L) Times Gift Amount<br>PRESENT VALUE OF REMAINDER INTEREST | $17,604,900.00 | (M) |
| (N) TAX BRACKET AND SAVINGS      35.00% | $6,161,715.00 | (N) |



Jul 27, 2011
This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.

# TOTAL EFFECTIVE RETURN RATES

| | 5.00% UNITRUST | | | 5.00% UNITRUST |
|---|---|---|---|---|
| INVESTMENT | $30,000,000 | INVESTMENT | | $30,000,000 |
| TAX SAVINGS | $6,161,715 | TAX SAVINGS | | $6,161,715 |
| NET INVESTMENT | $23,838,285 | NET INVESTMENT | | $23,838,285 |
| Years TOTAL RETURN | EFFECT. RATE | TOTAL RETURN | | EFFECT. RATE |
| 0    $1,500,000 | 6.29% | $1,500,000 | | 6.29% |
| 1     1,530,000 | 6.42% | 1,530,000 | | 6.42% |
| 2     1,560,600 | 6.55% | 1,560,600 | | 6.55% |
| 3     1,591,812 | 6.68% | 1,591,812 | | 6.68% |
| 4     1,623,648 | 6.81% | 1,623,648 | | 6.81% |
| 5     1,656,121 | 6.95% | 1,656,121 | | 6.95% |
| 6     1,656,121 | 6.95% | 1,656,121 | | 6.95% |
| 7     1,689,244 | 7.09% | 1,689,244 | | 7.09% |
| 8     1,723,029 | 7.23% | 1,723,029 | | 7.23% |
| 9     1,757,489 | 7.37% | 1,757,489 | | 7.37% |
| 10    1,792,639 | 7.52% | 1,792,639 | | 7.52% |
| 11    1,828,492 | 7.67% | 1,828,492 | | 7.67% |
| 12    1,865,061 | 7.82% | 1,865,061 | | 7.82% |
| 13    1,902,363 | 7.98% | 1,902,363 | | 7.98% |
| 14    1,940,410 | 8.14% | 1,940,410 | | 8.14% |
| 15    1,979,218 | 8.30% | 1,979,218 | | 8.30% |
| 16    2,018,803 | 8.47% | 2,018,803 | | 8.47% |
| 17    2,059,179 | 8.64% | 2,059,179 | | 8.64% |
| 18    2,100,362 | 8.81% | 2,100,362 | | 8.81% |
| 19    2,142,369 | 8.99% | 2,142,369 | | 8.99% |
| 20    2,185,217 | 9.17% | 2,185,217 | | 9.17% |
| 21    2,228,921 | 9.35% | 2,228,921 | | 9.35% |
| 22    2,273,500 | 9.54% | 2,273,500 | | 9.54% |
| 23    2,318,970 | 9.73% | 2,318,970 | | 9.73% |
| 24    2,365,349 | 9.92% | 2,365,349 | | 9.92% |
| 25    2,412,656 | 10.12% | 2,412,656 | | 10.12% |
| 26    2,460,909 | 10.32% | 2,460,909 | | 10.32% |
| 27    2,510,127 | 10.53% | 2,510,127 | | 10.53% |
| 28    2,560,330 | 10.74% | 2,560,330 | | 10.74% |
| 29    2,611,536 | 10.96% | 2,611,536 | | 10.96% |
| 30    2,663,767 | 11.17% | 2,663,767 | | 11.17% |
| 31    2,717,042 | 11.40% | 2,717,042 | | 11.40% |
| 32    2,771,383 | 11.63% | 2,771,383 | | 11.63% |
| 33    2,826,811 | 11.86% | 2,826,811 | | 11.86% |
| 34    2,883,347 | 12.10% | 2,883,347 | | 12.10% |

### AVERAGE CUMULATIVE RATE OF RETURN FOR SELECTED NUMBER OF YEARS

| Years | Rate | Years | Rate |
|---|---|---|---|
| 4 | 6.48% | 4 | 6.48% |
| 8 | 6.72% | 8 | 6.72% |
| 12 | 6.96% | 12 | 6.96% |
| 16 | 7.24% | 16 | 7.24% |
| 20 | 7.53% | 20 | 7.53% |
| 24 | 7.85% | 24 | 7.85% |
| 28 | 8.19% | 28 | 8.19% |
| 32 | 8.55% | 32 | 8.55% |

This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.



# CHARITABLE UNITRUST
## Explanation for the Professional Advisor of DAVID LAWRENCE ADDERLY

### A. Flow Chart

The first flow chart for the unitrust includes three boxes. The first box shows the initial circumstance with property valued at $30,000,000.00. After transfer from the donor into the trust as illustrated in the center of the chart, a trustee may sell the assets tax-free, reinvest and distribute income for one life. When all income payments are completed, the trust corpus is transferred to charity as indicated by the box on the right hand side of the illustration. As time passes, the boxes move progressively lower on the page to show a change of ownership with passage of time.

Under the first flow chart box, the $30,000,000.00 asset is sold, bypassing $10,000,000 of gain. The gain is the difference between asset value (before sale costs) and adjusted basis of $20,000,000.00. If a unitrust earns more than the payout percent, gain is permanently bypassed. If a standard unitrust payout exceeds the earnings, then part of the pre-gift capital gain is paid out to the recipient. There will also not be a pre-arranged transaction if the trustee has the freedom to sell, meaning the trustee can select the purchaser and negotiate the price.

There is an income tax deduction of $17,604,900.00. This deduction is based upon the value of the asset, the unitrust payout selected, the age of the beneficiary, and the applicable federal rate. The deduction could save $6,161,715.00 if the income tax rate is 35.00%. Of course, if the tax bracket changes to a greater or lesser value, the tax savings will change proportionately.

The total tax savings may not always be available in the year of the gift. Since this is an appreciated property, the tax deduction is available up to 30% of adjusted gross income. Amounts in excess of this 30% limit may be carried forward for as many as five years.

In the center lower section of the chart is an explanation of the income benefit to the donor. The unitrust income payouts are calculated by multiplying 5% times the trust principal on January 1 of each year. Since this trust pays quarterly, that amount is divided into four equal payments of $375,000 for a total payment of $1,500,000 per year. The $1,500,000 income is greater than the prior $00 per year earned before transfer into the charitable trust, and there is an increase of $1,500,000 per year.

Income from a unitrust may be paid out with one of three methods. The first is a "straight" unitrust or Type I payout formula which pays the 5% regardless of earnings; if necessary payments are made from trust principal. The second method is "net income with makeup" or Type II and is the lesser of the 5% or the actual trust earnings. However, if the trust income does not equal 5% in the early years, and later earns more than 5% yearly income, the trust can pay 5% plus the additional earnings each year in order to pay back or makeup the initial deficit. The third method is simply net income only or Type III and follows the rules similar to Type II without any makeup.

Under the applicable Treasury tables, a donor who is age 74 is projected to survive on average a total of 14.1 years. With an assumed 5% trust payout and 7% earnings, giving 2% growth of the income stream, the total projected income in this period of time is $24,158,829. The income illustrated of course is a net income amount, after all investment and trust administration costs are deducted.

The donor may wish to consider the effective rate of income. Although $30,000,000 in property was transferred to the trust, there was a tax saving of $6,161,715 leaving an actual effective investment of $23,838,285. An annual return of $1,500,000 on this latter amount is an effective rate of return of 6.29%. Some advisors might also consider the benefit of the capital gains bypass and consider an effective rate of return even higher than this 6.29% number.

While earnings are not guaranteed and are dependent on the quality of the trustee's investments, this illustration shows 7% estimated earnings, a 5% payment and growth of 2%. As long as the investments are passive in nature, generally securities such as stocks and bonds, the trust is tax-exempt and will not be reduced by paying trust income tax. If a trust lasts for an appreciable length of time, this tax-free growth may generate significant income in later years. Indeed, the true economic value of a trust that lasts over 20 years is approximately the same regardless of the selected payout percentage. By selecting the lower percentage, the later years of the trust (as result of tax-free growth of the principal) can produce higher income payments to the donor. Most studies indicate that the net economic result of selecting the unitrust percentage is similar for these trusts lasting 20 or more years and that the real question is whether the donor wishes more income now or later.

After the donor passes away, the trust principal is then distributed to the selected charities. Since the trust does not pass through probate process, there may be savings in probate costs.

### B. Trust Benefits Worksheet

The trusts benefits worksheets illustrate the projected principal and income over a period of 40 years. While estimated life expectancy is 14.1 years, it is entirely possible that the donor could live a longer or shorter period of time. Therefore the worksheet illustrates the effects for a term of 40 years.

Column 1 is the principal of the trust. If the trust has a net return of 7.000% and pays out 5% annually as shown in Column 2, then there is 2.000% growth of principal. Any growth is tax-free so long as there is no unrelated business income. The $30,000,000.00 initial principal becomes $30,600,000 at the end of year one and $39,663,532 at estimated maturity in year 14.1.

Columns 2 and 3 illustrate the income payments. The 5% amount is calculated by multiplying 5% times the trust balance on January 1 of each calendar year. As the principal increases, the income increases. While the trust income is $1,500,000 in the first year, it has gradually increased and equals $1,940,410 by year 14.1.

Jul 27, 2011

Page 13 of 17

This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.



Column 3 shows the accumulated value of all of the income payments. By year 14.1, total income of $24,158,829 has been paid to the family.

Column 4 illustrates the amount of income available after 35.00% tax. For example, the $1,500,000 initial income payment is reduced by the 35.00% tax to $975,000.

Column 5 illustrates the income tax savings. If the deduction is permissible under the 30% of adjusted gross income rule, then the savings will be $6,161,715. An option for spreading the savings out over as many as 6 years can be selected.

Adding together the income after tax and the income tax savings, the total of the benefits after tax to the donor is illustrated. These benefits equal $7,136,715 the first year and a total tax savings plus after-tax income value of $21,864,954 in the year 14.1.

At the base of the worksheet is a summary section. The charitable deduction, tax savings, 14.1 year life expectancy, and benefits to family and charity are listed. With 3.40% discount rate, the unitrust remainder value of $39,663,532 has a present value of $24,754,365.

## C. Deduction Calculation

The deduction calculation sheet illustrates the required information under the Treasury rules for calculating a deduction. First, the selected Applicable Federal Rate (AFR) is noted. If the AFR from one of the two previous months has been selected, then a note appears stating that the permitted election under Section 7520(a) has been made with the appropriate month and AFR listed. Additional information in the heading section of this sheet includes the birth dates of the individuals; the duration of the trust (one-life, two or more lives, life or lives with a guaranteed number of years, as applicable); the gift value; gift date and payment frequency.

The calculation then continues following the guidelines set forth in the regulations to Section 664 of the Internal Revenue Code. These guidelines are as follows:

| | | |
|---|---|---|
| A. | Unitrust percentage: | Selected payout percentage |
| B. | Adjustment factor: | Adjustment for payment quarterly, monthly, semiannually. |
| C. | Adjusted payout rate: | Unitrust % times the adjustment factor |
| D. | Nearest table rate below C: | The IRS tables are published only for every .2% |
| E. | IRS factor: | Remainder factor, IRS Pub. 1458 Table U(2) |
| F. | Nearest table rate: | Next higher rate for interpolation |
| G. | Factor at rate: | IRS Pub. 1458, Table U(2) factor |
| H. | Line (E) minus line (G): | Difference between factors |
| I. | Line (C) minus line (D): | Difference between rate & adjusted payout |
| J. | Line (I) divided by 0.2%: | Factor differential percentage |
| K. | Line (H) times line (J): | Interpolation result |
| L. | Line (E) minus line (K): | IRS deduction factor |

M. Charitable deduction:     Deduction factor times gift value
   This is the present value under the gift tables for the determination of a gift today, based on the $30,000,000 value and the projected duration of the trust.
N. Tax Bracket & Savings:     Projected tax bracket and actual taxes saved at the bracket.

The deduction method is specified in the regulations to Section 664 of the Code. The tables used for this calculation are found in IRS publication 1458. The result of the calculation is simply a determination of the value today of what charity will receive in the future. Because this is a charitable remainder trust, the donor receives the benefit of the tax deduction in this tax year even though the benefit to the charity will be many years into the future.

### D. Effective Return Rates

The effective return worksheet illustrates the calculations used to determine effective rates. For the 5% unitrust, the tax savings of $6,161,715 reduce the net actual investment to $23,838,285. Dividing $1,500,000 by $23,838,285 produces an effective rate of 6.29%.

### E. Program Options

Several options exist for the entry of data into the Remainder Unitrust. Under the 50% or 30% of AGI deduction rules, the deduction can be carried forward up to 6 years. If there is a need to guarantee income for a number of years, a term of 1 to 20 guaranteed years can be selected. If that donor passes away prior to the selected term of years, then chosen family members will receive the income for the balance of the selected term.

If the parties desire to receive distributions that are primarily capital gain or tax-free income, one may illustrate those payment methods for future years, though the trust document cannot restrict the trustee to only investing in certain types of assets, e.g. tax exempt bonds. This result assumes that a trustee invests correctly and understands Section 664 four tier rules.



## Hold, Sale or Unitrust Comparison

| | Hold Option | | Sale Option | | Unitrust Option | |
|---|---|---|---|---|---|---|
| | Hold Inc. % | 0.00% | Cap. Gain Tax | $1,500,000 | UT Inc. % | 5.00% |
| | Hold App. % | 0.00% | Sale Inc. % | 0.00% | UT App. %* | 2.00% |
| | | | Sale App. % | 0.00% | | |
| Years | PRINCIPAL | INCOME | PRINCIPAL | INCOME | PRINCIPAL | INCOME |
| 0 | $30,000,000 | | $28,500,000 | | $30,000,000 | |
| 1 | 30,000,000 | 0 | 28,500,000 | 0 | 30,600,000 | 1,500,000 |
| 2 | 30,000,000 | 0 | 28,500,000 | 0 | 31,212,000 | 1,530,000 |
| 3 | 30,000,000 | 0 | 28,500,000 | 0 | 31,836,240 | 1,560,600 |
| 4 | 30,000,000 | 0 | 28,500,000 | 0 | 32,472,965 | 1,591,812 |
| 5 | 30,000,000 | 0 | 28,500,000 | 0 | 33,122,424 | 1,623,648 |
| 6 | 30,000,000 | 0 | 28,500,000 | 0 | 33,784,873 | 1,656,121 |
| 7 | 30,000,000 | 0 | 28,500,000 | 0 | 34,460,570 | 1,689,244 |
| 8 | 30,000,000 | 0 | 28,500,000 | 0 | 35,149,781 | 1,723,029 |
| 9 | 30,000,000 | 0 | 28,500,000 | 0 | 35,852,777 | 1,757,489 |
| 10 | 30,000,000 | 0 | 28,500,000 | 0 | 36,569,833 | 1,792,639 |
| 11 | 30,000,000 | 0 | 28,500,000 | 0 | 37,301,229 | 1,828,492 |
| 12 | 30,000,000 | 0 | 28,500,000 | 0 | 38,047,254 | 1,865,061 |
| 13 | 30,000,000 | 0 | 28,500,000 | 0 | 38,808,199 | 1,902,363 |
| 14 | **30,000,000** | **0** | **28,500,000** | **0** | **39,584,363** | **1,940,410** |
| 15 | 30,000,000 | 0 | 28,500,000 | 0 | 40,376,050 | 1,979,218 |
| 16 | 30,000,000 | 0 | 28,500,000 | 0 | 41,183,571 | 2,018,803 |
| 17 | 30,000,000 | 0 | 28,500,000 | 0 | 42,007,243 | 2,059,179 |
| 18 | 30,000,000 | 0 | 28,500,000 | 0 | 42,847,387 | 2,100,362 |
| 19 | 30,000,000 | 0 | 28,500,000 | 0 | 43,704,335 | 2,142,369 |
| 20 | 30,000,000 | 0 | 28,500,000 | 0 | 44,578,422 | 2,185,217 |
| 21 | 30,000,000 | 0 | 28,500,000 | 0 | 45,469,990 | 2,228,921 |
| 22 | 30,000,000 | 0 | 28,500,000 | 0 | 46,379,390 | 2,273,500 |
| 23 | 30,000,000 | 0 | 28,500,000 | 0 | 47,306,978 | 2,318,970 |
| 24 | 30,000,000 | 0 | 28,500,000 | 0 | 48,253,117 | 2,365,349 |
| 25 | 30,000,000 | 0 | 28,500,000 | 0 | 49,218,180 | 2,412,656 |
| 26 | 30,000,000 | 0 | 28,500,000 | 0 | 50,202,543 | 2,460,909 |
| 27 | 30,000,000 | 0 | 28,500,000 | 0 | 51,206,594 | 2,510,127 |
| 28 | 30,000,000 | 0 | 28,500,000 | 0 | 52,230,726 | 2,560,330 |
| 29 | 30,000,000 | 0 | 28,500,000 | 0 | 53,275,341 | 2,611,536 |
| 30 | 30,000,000 | 0 | 28,500,000 | 0 | 54,340,848 | 2,663,767 |
| 31 | 30,000,000 | 0 | 28,500,000 | 0 | 55,427,664 | 2,717,042 |
| 32 | 30,000,000 | 0 | 28,500,000 | 0 | 56,536,218 | 2,771,383 |
| 33 | 30,000,000 | 0 | 28,500,000 | 0 | 57,666,942 | 2,826,811 |
| 34 | 30,000,000 | 0 | 28,500,000 | 0 | 58,820,281 | 2,883,347 |
| 35 | 30,000,000 | 0 | 28,500,000 | 0 | 59,996,687 | 2,941,014 |
| 36 | 30,000,000 | 0 | 28,500,000 | 0 | 61,196,620 | 2,999,834 |
| 37 | 30,000,000 | 0 | 28,500,000 | 0 | 62,420,553 | 3,059,831 |
| 38 | 30,000,000 | 0 | 28,500,000 | 0 | 63,668,964 | 3,121,028 |
| 39 | 30,000,000 | 0 | 28,500,000 | 0 | 64,942,343 | 3,183,448 |
| | TOTAL INCOME OVER LIFE EXPECTANCY | | | | | |
| | HOLD | $0 | SALE | $0 | UNITRUST | $24,158,829 |
| | EXPECTANCY | | 14.1 YEARS | | | |

* 7.133758% Return adjusted to 7% for Quarterly payments.

-- Jul 27, 2011
This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.

Page 16 of 17

COPY

# CHARITABLE UNITRUST

| | | | |
|---|---|---|---|
| RATE OF THE MONTH | June 2.8% | EXPECTANCY | 14.1 |
| | | TRUST AMOUNT | $30,000,000 |
| GIFT DATE | 7/27/2011 | COST BASIS | $20,000,000 |
| FIRST PERSON | DAVID LAWRENCE ADDERLY | CURRENT RETURN | 0.00 % |
| BIRTH DATE | 11/22/1937 | TRUST RETURN* | 7.133758 % |
| | | 1st PAYOUT % | 5.00 % |
| | | Net Quarterly Growth | 2.000 % |
| INCOME TAX % | 35.00 % | 2nd PAYOUT % | 5.00 % |
| | | Net Quarterly Growth | 2.000 % |
| CAP. GAIN % | 15.00 % | | |
| (Income and capital gains rates are assumed.) | | PAYMENT FREQ. | Quarterly |
| Options: | Future Tax Rate 35.00% | | |

\* 7.133758% Return rate adjusted to 7% for Quarterly payments.



Jul 27, 2011                                                                       Page 17 of 17
This educational illustration is not professional tax or legal advice; consult a tax advisor about your specific situation.