**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

DAVID LAWRENCE ADDERLEY,
an individual,                                                                    Case No.:        1:18-cv-23362-RNS

        Plaintiff,

    v.

THREE ANGELS BROADCASTING
NETWORK, INC., a non-for-profit foreign
corporation, ROY HUNT, JR., an individual,
JAMES W. GILLEY, an individual, DANNY
SHELTON, an individual, and RICHARD
BARRY BENTON, ESQ., and individual,

        Defendants.
_____

**DEFENDANTS THREE ANGELS BROADCASTING NETWORK, INC., ROY HUNT, JR., JAMES W. GILLEY AND DANNY SHELTON'S NOTICE OF FILING CORRECTED AND AMENDED DECLARATION OF JAMES W. GILLEY IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

    Defendants Three Angels Broadcasting Network, Inc., Roy Hunt, Jr., James W. Gilley, and Danny Shelton (collectively "Defendants"), hereby give notice of filing the attached Corrected and Amended Declaration of James W. Gilley in support of their Renewed Motion to Dismiss Plaintiff's Second Amended Complaint and Incorporated Memorandum of Law.

                                          */s/ Raymond L. Robin*
                                          Raymond L. Robin (FBN: 613835)
                                          KELLER LANDSBERG PA
                                          Broward Financial Centre
                                          500 East Broward Boulevard, Suite 1400
                                          Fort Lauderdale, FL 33394
                                          Telephone:   (954) 761-3550
                                          Email: raymond.robin@kellerlandsberg.com;
                                          rita.vanarsdale@kellerlandsberg.com

                                          and

>Timothy W. Ridley, Esq.*
>M. Gregory Simpson, Esq.*
>Timothy R. Schupp, Esq.*
>Robert W. Vaccaro, Esq.*
>Meagher & Geer, P.L.L.P.
>33 South Sixth Street, Suite 4400
>Minneapolis, Minnesota 55402
>Phone: (612) 337-9672
>Email: tridley@meagher.com
>Email: gsimpson@meagher.com
>Email: tschupp@meagher.com
>Email: rvaccaro@meagher.com
>***Counsel for Defendants***

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23rd** day of **October, 2019,** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to all counsel of record listed on the attached Service List.

>*/s/ Raymond L. Robin*
>Raymond L. Robin (FBN: 613835)

3

## SERVICE LIST

Diane J. Zelmer, Esq.
Ross D. Kulberg, Esq.
Glen M. Lindsay, Esq.
Saavedra | Goodwin
312 S.E. 17th Street, 2nd Floor
Fort Lauderdale, Florida 33316
Phone: (954) 767-6333
Email: dzelmer@saavlaw.com;
rkulberg@saavlaw.com;
glindsay@saavlaw.com;
eservice@saavlaw.com
*Counsel for Plaintiff*

S. Jonathan Vine, Esq.
Ryan M. Ranson, Esq.
Cole, Scott & Kissane, P.A.
22 Lakeview Ave., Suite 120
West Palm Beach, Florida 33401
Phone: (561) 383-9200
Email: jonathan.vine@csklegal.com;
ryan.ranson@csklegal.com
*Counsel for Defendant Richard Barry Benton, Esq.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID LAWRENCE ADDERLEY,
an individual,

        Plaintiff,

v.

THREE ANGELS BROADCASTING
NETWORK, INC., a non-for-profit foreign
corporation, ROY HUNT, JR., an individual,
JAMES W. GILLEY, an individual, DANNY
SHELTON, an individual, and RICHARD
BARRY BENTON, ESQ., and individual,

        Defendants.

Case No.:    1:18-cv-23362-RNS

**CORRECTED AND AMENDED DECLARATION OF JAMES W. GILLEY**

I, James W. Gilley, declare as follows:

1. I am 79 years old. I am retired now, but formerly served as president and CEO of Three Angels Broadcasting Network from 2007 to 2015. I submit this Declaration in order to correct and amend a prior Declaration I made in this matter dated August 12, 2019 (the "August 12, 2019 Declaration"), a true and correct copy of which is attached as Exhibit A.

2. The August 12, 2019 Declaration indicated, in paragraph 2, that my wife and I purchased a home at Summit Greens, Clermont, Florida in 2016. The 2016 date is in error and was provided due to inadvertent oversight. We purchased the home in Summit Greens, Florida at the end of March in 2017. In 2017, which is the year prior to initiation of this lawsuit, I spent more than fifty percent of my time at our home in California.

3. The August 12, 2019 Declaration also states, "In 2017 and 2018, my wife and I spent more than fifty percent of our time at our home in Summit Greens, Clermont, Florida."

This should have referred to the years 2018 and 2019, as we purchased the house in 2017, not 2016.

4. In undertaking a detailed review of my travel records, I have learned that we did not spend 50% of our time (i.e., over 182.5 days) at our homes in either Florida or California in 2018 because of the amount of time we were traveling. My best estimate based on my records is that we spent 146 days in our home in Florida in 2018 and 38 days traveling in 2018.

5. At the time I signed the August 12, 2019 Declaration, I had spent more than 50% of the time in 2019 at our home in Florida (i.e., 146 days out of 224 days). I am in Florida at the present time, and will spend more than fifty percent of my time in Florida this year (2019).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 17, 2019

James W. Gilley

# EXHIBIT "A"

{00513282.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID LAWRENCE ADDERLEY,
an individual,

      Plaintiff,

v.

THREE ANGELS BROADCASTING NETWORK, INC., a non-for-profit foreign corporation, ROY HUNT, JR., an individual, JAMES W. GILLEY, an individual, DANNY SHELTON, an individual, and RICHARD BARRY BENTON, ESQ., and individual,

      Defendants.

Case No.: 1:18-cv-23362-RNS

## DECLARATION OF JAMES W. GILLEY

I, James W. Gilley declare as follows:

1. My wife and I own residential property in Weimar, California. We are in the process of selling this property. We began the process more than a year ago and prior to the commencement of this litigation.

2. My wife and I also own residential property in Summit Greens, Clermont, Florida. Summit Greens, Clermont, Florida is a retirement community. We purchased the home in Florida in 2016 with the intention of making the home our permanent residence. The home contains our personal property and belongings.

3. At the time litigation was commenced on August 17, 2018, my wife and I intended to make Florida our home state. On that date we were living in our Florida residence.

4. In 2017 and 2018, my wife and I spent more than fifty percent of our time at our home in Summit Greens, Clermont, Florida.

5. We intend to use our Florida address to file our 2018 federal tax return. Our 2017 federal tax return was filed using our California address.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     August 12, 2019     _/s/ James W. Gilley_

                                                                        James W. Gilley

"LAST PAGE ONLY="LAST PAGE ONLY" 1" = 60, 1" = 1 0) 0" = 1 CH101_50701190v1_27781\00298" "1/6/2012 10:28 AM CH101_50701190v1_27781\00298 1/6/2012 10:28 AM