United States District Court
for the
Southern District of Florida

| | |
|---|---|
| David Lawrence Adderley, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-23362-Civ-Scola |
| Three Angels Broadcasting Network, | ) |
| Inc. and others, Defendants. | ) |
| | ) |

### **Judgment**

The Court has dismissed the Plaintiff's case against Defendant Roy Hunt, Jr. (Order, ECF No. 204.) The Court now enters judgment in favor of Defendant Hunt and against the Plaintiff, as required by Federal Rule of Civil Procedure 58.

**Done and ordered** at Miami, Florida, on January 13, 2020.

_____
Robert N. Scola, Jr.
United States District Judge