UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-23362-CIV-SCOLA

DAVID LAWRENCE ADDERLEY,
an individual,

    Plaintiff,

v.

**JURY TRIAL DEMANDED**

THREE ANGELS BROADCASTING
NETWORK, INC., a non-for-profit Illinois
corporation, ROY HUNT, JR., an individual,
and JAMES W. GILLEY, an individual,
DANNY SHELTON, an individual and
RICHARD BARRY BENTON, ESQ., an individual,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND THE 3ABN DEFENDANTS

Plaintiff, DAVID LAWRENCE ADDERLEY ("Plaintiff"), and Defendants, THREE ANGELS BROADCASTING NETWORK, INC., a non-for-profit Illinois corporation, ROY HUNT, JR, an individual JAMES W. GILLEY, an individual, DANNY SHELTON, an individual (the 3ABN Defendants"), through its undersigned counsel, and pursuant to the Court's Amended Scheduling Order [DE 83], hereby notify the Court that Plaintiff and the 3ABN Defendants executed a confidential Settlement Agreement on March 19, 2020, and pursuant to the terms of the settlement, anticipate filing a joint stipulation of dismissal within twenty-one (21) days.

DATED this 20th day of March 2020.

| /s/ Ross Kulberg | /s/ *M. Gregory Simpson, Esq.* |
|---|---|
| Diane J. Zelmer, Esq. | Timothy R. Schupp, Esq. |
| Ross Kulberg, Esq. | M. Gregory Simpson, Esq. |
| Caitlin Bronstein, Esq. | Robert W. Vaccaro, Esq. |
| Glen Lindsay, Esq. | *Co-Counsel for Defendants* |
| **SAAVEDRA \| GOODWIN** | MEAGHER & GEER, P.L.L.P. |
| *Attorneys for Plaintiff* | 33 South Sixth Street, Suite 4400 |
| 312 SE 17th Street, 2nd Floor | Minneapolis, Minnesota 55402 |

| | |
|---|---|
| Fort Lauderdale, FL 33316<br>Tel: (954) 767-6333<br>Fax: (954) 767-8111<br>Email: DZelmer@saavlaw.com<br>Email: RKulberg@saavlaw.com<br>Email: CBronstein@saavlaw.com<br>Email: GLindsay@saavlaw.com<br>Service Email: eservice@saavlaw.com | Phone: (612) 337-9672<br>Email: gsimpson@meagher.com<br>Email: tschupp@meagher.com<br>Email: rvaccaro@meagher.com<br>Email: aditty@meagher.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via the Court's ECF system upon all counsel listed in the below service list on this 20th day of March 2020.

| | |
|---|---|
| /s/ Ross Kulberg<br>Ross Kulberg, Esq.<br>Fla. Bar. No. 44398<br>**SAAVEDRA \| GOODWIN**<br>*Attorneys for Plaintiff*<br>312 SE 17th Street, 2nd Floor<br>Fort Lauderdale, FL 33316<br>Tel: (954) 767-6333<br>Fax: (954) 767-8111<br>Email: DZelmer@saavlaw.com<br>Email: RKulberg@saavlaw.com<br>Email: CBronstein@saavlaw.com<br>Email: GLindsay@saavlaw.com<br>Service Email: eservice@saavlaw.com | /s/ M. Gregory Simpson, Esq.<br>M. Gregory Simpson, Esq.<br>Fla. Bar No. 0204560<br>*Co-Counsel for Defendants*<br>MEAGHER & GEER, P.L.L.P.<br>33 South Sixth Street, Suite 4400<br>Minneapolis, Minnesota 55402<br>Phone: (612) 337-9672<br>Email: gsimpson@meagher.com<br>Email: tschupp@meagher.com<br>Email: rvaccaro@meagher.com<br>Email: aditty@meagher.com |

## SERVICE LIST

| | |
|---|---|
| Raymond L. Robin, Esq.<br>D. David Keller, Esq.<br>***Counsel for Defendants***<br>KELLER LANDSBERG PA<br>Broward Financial Centre<br>500 East Broward Boulevard, Suite 1400<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 761-3550<br>Email: raymond.robin@kellerlandsberg.com<br>Email: david.keller@kellerlandsberg.com<br>Email: rita.vanarsdale@kellerlandsberg.com | M. Gregory Simpson, Esq.<br>Timothy R. Schupp, Esq.<br>Robert W. Vaccaro, Esq.<br>***Co-Counsel for Defendants***<br>MEAGHER & GEER, P.L.L.P.<br>33 South Sixth Street, Suite 4400<br>Minneapolis, Minnesota 55402<br>Phone: (612) 337-9672<br>Email: gsimpson@meagher.com<br>Email: tschupp@meagher.com<br>Email: rvaccaro@meagher.com<br>Email: aditty@meagher.com |
| Jonathan Vine, Esq.<br>Ryan Ranson, Esq.<br>***Counsel for Defendant Richard Barry Benton, Esq.***<br>COLE, SCOTT & KISSANE, P.A.<br>Esperante Building<br>222 Lakeview Ave., Suite 120<br>West Palm Beach, Florida 33401<br>Phone: (561) 383-9200<br>Email: jonathan.vine@csklegal.com<br>Email: ryan.ranson@csklegal.com<br>Email: Leslie.Vargo@csklegal.com<br>Email: Eric.Sprechman@csklegal.com | |