UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-23362-CIV-SCOLA

DAVID LAWRENCE ADDERLEY,
an individual,

    Plaintiff,

v.

THREE ANGELS BROADCASTING NETWORK, INC., a non-for-profit Illinois corporation, ROY HUNT, JR., an individual, and JAMES W. GILLEY, an individual, DANNY SHELTON, an individual and RICHARD BARRY BENTON, ESQ., an individual,

    Defendants.
_____/

**JURY TRIAL DEMANDED**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## AS TO 3ABN DEFENDANTS

Plaintiff, DAVID LAWRENCE ADDERLEY ("Plaintiff" or "Adderley"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Defendants', THREE ANGELS BROADCASTING NETWORK, INC. ("3ABN"), ROY HUNT, JR. ("Defendant Hunt"), JAMES W. GILLEY ("Defendant Gilley"), and DANNY SHELTON ("Defendant Shelton") (collectively referred to as the "3ABN Defendants"), hereby stipulate to the voluntary dismissal with prejudice of all claims and defenses raised, or which could have been raised, against each other in this action. Each party shall bear their own attorneys' fees and costs. The parties request and stipulate to the Court retaining jurisdiction solely to enforce the terms of the Confidential Settlement Agreement.

    Dated: April 14, 2020.

| /s/ Ross Kulberg<br>Diane J. Zelmer, Esq.<br>Ross Kulberg, Esq.<br>Caitlin Bronstein, Esq.<br>Glen Lindsay, Esq.<br>**SAAVEDRA | GOODWIN**<br>*Attorneys for Plaintiff*<br>312 SE 17th Street, 2nd Floor<br>Fort Lauderdale, FL 33316<br>Tel: (954) 767-6333<br>Fax: (954) 767-8111<br>Email: DZelmer@saavlaw.com<br>Email: RKulberg@saavlaw.com<br>Email: CBronstein@saavlaw.com<br>Email: GLindsay@saavlaw.com<br>Service Email: eservice@saavlaw.com | /s/ Timothy R. Schupp<br>Timothy R. Schupp, Esq.<br>M. Gregory Simpson, Esq.<br>Robert W. Vaccaro, Esq.<br>*Co-Counsel for Defendants*<br>MEAGHER & GEER, P.L.L.P.<br>33 South Sixth Street, Suite 4400<br>Minneapolis, Minnesota 55402<br>Phone: (612) 337-9672<br>Email: gsimpson@meagher.com<br>Email: tschupp@meagher.com<br>Email: rvaccaro@meagher.com<br>Email: aditty@meagher.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via the Court's ECF system upon all counsel listed in the below service list on this 14th day of April 2020.

| /s/ Ross Kulberg<br>Ross Kulberg, Esq.<br>Fla. Bar. No. 44398<br>**SAAVEDRA | GOODWIN**<br>*Attorneys for Plaintiff*<br>312 SE 17th Street, 2nd Floor<br>Fort Lauderdale, FL 33316<br>Tel: (954) 767-6333<br>Fax: (954) 767-8111<br>Email: DZelmer@saavlaw.com<br>Email: RKulberg@saavlaw.com<br>Email: CBronstein@saavlaw.com<br>Email: GLindsay@saavlaw.com<br>Service Email: eservice@saavlaw.com | /s/ Timothy R. Schupp<br>Timothy R. Schupp, Esq.<br>Fla. Bar No. 613835<br>*Co-Counsel for Defendants*<br>MEAGHER & GEER, P.L.L.P.<br>33 South Sixth Street, Suite 4400<br>Minneapolis, Minnesota 55402<br>Phone: (612) 337-9672<br>Email: gsimpson@meagher.com<br>Email: tschupp@meagher.com<br>Email: rvaccaro@meagher.com<br>Email: aditty@meagher.com |
|---|---|

Adderley v. 3ABN et. al., Case No.: 18-23362-CIV-SCOLA
Joint Stipulation of Dismissal

## SERVICE LIST

| | |
|---|---|
| Raymond L. Robin, Esq.<br>D. David Keller, Esq.<br>***Counsel for Defendants***<br>KELLER LANDSBERG PA<br>Broward Financial Centre<br>500 East Broward Boulevard, Suite 1400<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 761-3550<br>Email: raymond.robin@kellerlandsberg.com<br>Email: david.keller@kellerlandsberg.com<br>Email: rita.vanarsdale@kellerlandsberg.com | M. Gregory Simpson, Esq.<br>Timothy R. Schupp, Esq.<br>Robert W. Vaccaro, Esq.<br>***Co-Counsel for Defendants***<br>MEAGHER & GEER, P.L.L.P.<br>33 South Sixth Street, Suite 4400<br>Minneapolis, Minnesota 55402<br>Phone: (612) 337-9672<br>Email: gsimpson@meagher.com<br>Email: tschupp@meagher.com<br>Email: rvaccaro@meagher.com<br>Email: aditty@meagher.com |
| Jonathan Vine, Esq.<br>Ryan Ranson, Esq.<br>***Counsel for Defendant Richard Barry Benton, Esq.***<br>COLE, SCOTT & KISSANE, P.A.<br>Esperante Building<br>222 Lakeview Ave., Suite 120<br>West Palm Beach, Florida 33401<br>Phone: (561) 383-9200<br>Email: jonathan.vine@csklegal.com<br>Email: ryan.ranson@csklegal.com<br>Email: Leslie.Vargo@csklegal.com<br>Email: Eric.Sprechman@csklegal.com | |

3 | P a g e

SAAVEDRAGOODWIN
312 SOUTHEAST 17TH STREET, SECOND FLOOR, FORT LAUDERDALE, FLORIDA 33316